IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.: | ) ) ) |
| EUGENE CRUM, JR., et al., | ) ) |
| Plaintiffs, | ) 2:07-cv-447-MHT ) |
| v. | ) CIVIL ACTION NO.: |
| STATE OF ALABAMA, et al., | ) CV-94-T-356-N ) |
| Defendants. | ) ) |
| CRIST A. WATTS, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) |
| STATE OF ALABAMA, GOVERNOR DON SIEGELMAN, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF SECURITIES COMMISSION, JOSEPH P. BORG, DIRECTOR, | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO INTERVENE

**COMES NOW** the applicant, Crist A. Watts, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this Motion, the applicant would show unto the Court as follows:

1.  This Motion is timely based upon the following factors:



(a) <u>Length of Time Applicant Has Known Of His Interest</u>. The plaintiff-intervenor received his right-to-sue letter from the EEOC and Justice Department dated January 10, 2000. Plaintiff-intervenor has filed this motion within 90 days of the issuance of his right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant seeking intervention into this lawsuit.

(b) <u>Prejudice to Parties from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and the putative class in the case at bar involve common questions of law and fact.

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit his intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

*/s/ Rocco Calamusa, Jr.*
Rocco Calamusa, Jr.
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the __8__ day of February, 1999 on the following:

| **COUNSEL** | **REPRESENTING** |
|---|---|
| Richard H. Walston, Esquire<br>Haskell, Slaughter, Young<br>& Johnston<br>1200 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | Plaintiffs |

**and**

Thomas T. Gallion III, Esquire
Haskell, Slaughter, Young,
Johnston & Gallion
P.O. Box 4660
Montgomery, AL 36103

| William F. Gardner, Esquire<br>R. Taylor Abbot, Jr., Esquire<br>Cabaniss, Johnston, Gardner,<br>Dumas & O'Neal<br>700 Park Place Tower<br>Birmingham, AL 35203 | Personnel Board |

**and**

Patrick H. Sims, Esquire
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal
700 AmSouth Center
P.O. Box 2906
Mobile, AL 36652

William H. Pryor, Esquire                    State of Alabama
Attorney General                             Defendants' Liaison
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Honorable Julia J. Weller                    Governor Fob James
Robison & Belser, P.A.                       Governor's Liaison
210 Commerce Street
Montgomery, AL 36104

Henry C. Barnett, Esquire                    Alabama State Docks
Christopher W. Weller, Esquire               Department of Conservation & Natural Resources
Capell, Howard, Knabe & Cobbs, P.A.          Commission on Aging
57 Adams Avenue                              Retirement Systems of Alabama
P.O. Box 2069                                Department of Labor
Montgomery, AL 36102-2069                    Alabama Medicaid Agency

John J. Coleman III, Esquire                 Department of Industrial Relations
Edward S. Allen, Esquire                     Agriculture & Industries
T. Dwight Sloan III, Esquire                 Department of Revenue
Balch & Bingham                              Department of Education
P.O. Box 306                                 Board of Registrars
Birmingham, AL 35201                         Commission on Physical Fitness

**and**

Robin G. Laurie, Esquire
Balch & Bingham
P. O. Box 78
Montgomery, AL 36101

| | |
|---|---|
| Roger L. Bates, Esquire<br>Hand, Arendall, Bedsole,<br>　Greaves & Johnson<br>900 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | Department of Corrections<br>Department of Public Health<br>Department of Human Resources<br>Department of Mental Health & Mental Retardation<br>Alcohol Beverage Control Board<br>Alabama Emergency Management Agency |
| William J. Huntley, Jr., Esquire<br>Huntley & Associates, P.C.<br>P.O. Box 370<br>Mobile, Alabama 36601 | Alabama Industrial Development Training Agency<br>Department of Economics & Community Affairs<br>Alabama Development Office<br>Bureau of Travel & Tourism |
| Honorable Mary E. Pilcher<br>Webb & Eley, P.C.<br>P. O. Box 238<br>Montgomery, AL 36101 | Lauderdale County<br>Florence/Lauderdale Emergency Management Agency |
| R. Frank Ussery, Esquire<br>General Counsel, Alabama State<br>　Personnel Department<br>3rd Floor, Suite 327-A<br>64 North Union Street<br>Montgomery, AL 36103 | Personnel Department |
| Honorable Gwendolyn B. Garner<br>John J. Breckenridge, Jr., Esquire<br>Counsel, Alabama Department of Revenue<br>50 North Ripley Street, Room 4116<br>Montgomery, AL 36130 | Department of Revenue |
| William T. Stephens, Esquire<br>General Counsel, Retirement Systems<br>　of Alabama<br>135 South Union Street<br>Montgomery, AL 36130-4104 | Retirement Systems of Alabama |
| John R. Wible, Esquire<br>General Counsel, Alabama Department<br>　of Public Health<br>434 Monroe Street<br>Montgomery, AL 36130 | Department of Public Health |

| | |
|---|---|
| Andrew W. Redd, Esquire<br>General Counsel, Alabama Department<br>of Corrections<br>3rd Floor, S. Gordon Persons Building<br>50 North Ripley Street<br>Montgomery, AL  36130 | Department of Corrections |
| R. Marcus Givhan, Esquire<br>Counsel, Alabama Commission<br>on Physical Fitness<br>Office of the Attorney General<br>5720 Carmichael Road<br>Montgomery, AL  36117 | Commission on Physical Fitness |
| Honorable Sharon E. Ficquette<br>Honorable Margaret L. Fleming<br>Counsel, Alabama Department<br>of Human Resources<br>Office of the Attorney General<br>S. Gordon Persons Building, Room 2122<br>50 Ripley Street<br>Montgomery, AL  36130 | Department of Human Resources |
| Jim R. Ippilito, Jr., Esquire<br>General Counsel, Alabama Department<br>of Education<br>S. Gordon Persons Building, Room 5103<br>50 North Ripley Street<br>Montgomery, AL  36130 | Department of Education |
| David J. Dean, Esquire<br>General Counsel, Alabama Department<br>of Conservation<br>64 North Union Street, Room 751<br>Montgomery AL  36130 | Department of Conservation & Natural Resources |
| Honorable Gilda B. Williams<br>Counsel, Commission on Aging<br>Office of the Attorney General<br>11 South Union Street<br>Montgomery, AL  36130 | Commission on Aging |

| | |
|---|---|
| Edward E. Davis, Esquire<br>Counsel, Alabama Department<br>  of Economics & Community Affairs<br>401 Adams Avenue<br>P.O. Box 5690<br>Montgomery, AL  36103 | Department of Economics & Community Affairs |
| Honorable Renee D. Culverhouse<br>Counsel, Alabama Industrial Development<br>  Training Agency<br>401 Adams Avenue, Suite 710<br>Montgomery, AL  36104 | Industrial Development Training Agency |
| Honorable Angela C. Turner<br>Counsel, Alabama Department of Labor<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL  36130 | Department of Labor |
| Gary R. Trawick, Esquire<br>Milton J. Westry, Esquire<br>Counsel, Alabama Department<br>  of Mental Health<br>P.O. Box 3710<br>Montgomery, AL  36109 | Department of Mental Health & Mental Retardation |
| William O. Butler III, Esquire<br>General Counsel, Alabama Medicaid Agency<br>501 Dexter Avenue<br>P.O. Box 5624<br>Montgomery, AL  36103-5624 | Alabama Medicaid Agency |
| Frank D. Marsh, Esquire<br>General Counsel, Alabama Department<br>  of Industrial Relations<br>649 Monroe Street, Room 211<br>Montgomery, AL  36130 | Department of Industrial Relations |
| Honorable Mary Beth Martin<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation<br>P.O. Box 65968<br>Washington, DC  20035 | United States of America |

Susan B. Anderson  
General Counsel  
770 Washington Avenue, Suite 570  
Montgomery, Alabama 36130-4700

Alabama Securities Commission

_____  
OF COUNSEL