IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., <br><br> EUGENE CRUM, JR., et al., <br><br>    Plaintiffs, <br><br> v. <br><br> STATE OF ALABAMA, et al., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) 2:07-CV-447-MHT <br><br><br><br><br><br><br><br> CIVIL ACTION NO. <br> 2:94cv356-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 357) is granted.

(2) Any related complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-intervention. Counsel for the intervenor and

the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 18th day of May, 2007.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE