IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CRIST A. WATTS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv447-MHT |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that the motion to withdraw (Doc. No. 1) is granted.

DONE, this the 23rd day of May, 2007.


　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**