IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CRIST A. WATTS,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     2:07cv447-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
     Defendants.               )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 5) is granted.

DONE, this the 24th day of May, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE