IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CRIST A. WATTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:07-CV-447-MHT** |
| **STATE OF ALABAMA, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Russell W. Adams, and files his Notice of Appearance, as additional counsel of record for plaintiff, Crist A. Watts.

                                            Respectfully submitted,

                                            s/ Russell W. Adams
                                            Rocco Calamusa, Jr.
                                            Russell W. Adams
                                            Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been filed with the Clerk of Court using the CM/ECF system which will electronically notify that the following counsel of record:

    Alice Ann Byrne, Esq.
    State Personnel Department
    64 North Union Street
    Montgomery, Alabama 36104

on this the __18th__ day of __June__, 2007

                                                                       s/ Russell W. Adams
                                                                       OF COUNSEL