IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CRIST A. WATTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )     2:07cv447-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 14) is granted.

DONE, this the 25th day of June, 2007.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE