IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRIST A. WATTS,          ) | |
|     ) | |
| *Plaintiff*,     ) | |
|     ) | CIVIL ACTION NO.: |
| v.     ) | 07 cv 463-MHT |
|     ) | |
| STATE OF ALABAMA, *et al.*,     ) | |
|     ) | |
| *Defendants*.     ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 13], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    **A.**    **Defendants remaining in the case:**

        1. Securities Commission

        2. Joseph P. Borg, Director of Securities Commission

        3. State Personnel Department

        4. Jackie Graham, Director of the State Personnel Department

    **B.**    **Attorneys in the case:**

        1. Russell W. Adams

        2. Rocco Calamusa, Jr.

        3. Henry C. Barnett, Jr.

        4. Constance S. Barker

5. Christopher W. Weller

6. Mai Lan Fogal Isler

7. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Crist A. Watts | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Securities Commission | Christopher W. Weller |
| | Henry C. Barnett, Jr. |
| | Constance S. Barker |
| | Mai Lan Foglar Isler |
| Joseph P. Borg, Director | Christopher W. Weller |
| | Henry C. Barnett, Jr. |
| | Constance S. Barker |
| | Mai Lan Foglar Isler |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

Case 2:07-cv-00447-MHT-CSC    Document 19    Filed 07/30/2007    Page 3 of 4

       /s/ Russell W. Adams
RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

       /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Don Siegleman,
State Personnel Department, and Jackie Graham,
Director of State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

       /s/  Christopher W. Weller
CHRISTOPHER W. WELLER (WEL 030)
HENRY C. BARNETT, JR. (BAR 037)
CONSTANCE S. BARKER (BAR 099)
MAI LAN ISLER *(pro hac vice)*
Attorneys for Defendants
Securities Commission and
Joseph P. Borg, Director

Address of Counsel :
CAPELL HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069
(334) 241-8000