IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CRIST A. WATTS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-447-MHT |
| **ALABAMA SECURITIES** ) | |
| **COMMISSION, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Crist A. Watts, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Christopher W. Weller
Constance S. Barker
Mai Lan Isler
Capell Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
CWW@CHLAW.COM
CSB@CHLAW.COM
MFI@CHLAW.COM

                                             /s/ Russell W. Adams
                                             OF COUNSEL